**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOMER JAMES,<br><br>　　　　　　Defendant. | Case No. 2:23-cr-140-CDS-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

The Stipulation is entered into for the following reasons:

1.　Ms. James is the primary caretaker for her young sons and is in the process of relocating from Salt Lake City, Utah to St. George, Utah.

2.　Ms. James believes she will be relocated and settled in St. George by mid to late September 2023.

3.　In order to give Ms. James time to complete her move and travel to Las Vegas, defense counsel requests the change of plea be continued to September 28, 2023.

4.　The government does not object to continuing Ms. James's change of plea.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the

opportunity within which to be able to effectively and thoroughly resolve this case, taking into account the exercise of due diligence.

**ORDER**

IT IS FURTHER ORDERED the change of plea set for August 30, 2023 at 1:30 pm is continued to September 20, 2023, at 9:30 a.m. in Courtroom 3D.

DATED: August 14, 2023.

_____
UNITED STATES MAGISTRATE JUDGE