UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>SOMER JAMES,<br><br>            Defendant. | Case No. 2:23-cr-140-CDS-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

The Stipulation is entered into for the following reasons:

1. Defense counsel plans to request immediate sentencing after Ms. James's change of plea.

2. In preparation for immediate sentencing, the parties stipulated to a pre-plea PSR. The Court granted this request.

3. In order to give U.S. Probation sufficient time to prepare the pre-plea PSR the parties request a continuance of the change of plea.

4. The government does not object to continuing Ms. James's change of plea.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the

3

opportunity within which to be able to effectively and thoroughly resolve this case, taking into account the exercise of due diligence.

## **ORDER**

IT IS FURTHER ORDERED the change of plea set for September 20, 2023 be continued to: <u>October 25, 2023 at 9:30 a.m</u>. in Courtroom 3D.

DATED: September 7, 2023.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

4